**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Price,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Aetna Health, Inc., Aetna Life Ins. Co.,<br><br>　　　　Defendants. | No. CV-13-611-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 28.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, January 6, 2014 at 3:30 p.m.**

DATED this 11th day of December, 2013.

_____
Stephen M. McNamee
Senior United States District Judge